

FILED
JUN - 2 2011
VANESSA L ARMSTRONG
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT FORT CAMPBELL, KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA | INFORMATION |
| V. | NO. 5:11MJ-156-K |
| KYLE B. BAKER | 18 U.S.C. 641 |
| | 18 U.S.C. 371 |

The United States Attorney charges:

## COUNT 1

On or about the 16 September 2007 through 15 November 2007, in the Middle District of Tennessee at Fort Campbell, Montgomery County, Tennessee, within the special maritime and territorial jurisdiction of the United States, KYLE B. BAKER, defendant herein, did intentionally steal from various company supply cages within 3-187th Infantry Regiment, three (3) Sapi Plate/Style 1, seven (7) Sapi Plate/Style 2, seven (7) Dgr GPS set, nineteen (19) trouser cold weather, one (1) detector kit/chemical, two PRC 126 radio, fifty (50) M-8 Paper, eight (8) Lithium Batteries, one (1) Chemlight Box, two (2) Ratheon Thermal Sight, three (3) Hook, sling type, one (1) M42 Mask Carrier, three (3) 9mm Magazines, one (1) Mask filter, two (2) TA1 Handsets, one (1) Binoculars, of some amount, property of the 3-187th Infantry Regiment, Fort Campbell, KY, a U.S. Agency.

In violation of Title 18, United States Code, Section 641.

## COUNT 2

On or about the 16 September 2007 through 15 November 2007, in the Middle District of Tennessee at Fort Campbell, Montgomery County, Tennessee, within the special maritime and territorial jurisdiction of the United States, KYLE B. BAKER, defendant herein, did intentionally conspire to steal from various company supply cages within 3-187th Infantry Regiment, three (3) Sapi Plate/Style 1, seven (7) Sapi Plate/Style 2, seven (7) Dgr GPS set, nineteen (19) trouser cold weather, one (1) detector kit/chemical, two PRC 126 radio, fifty (50) M-8 Paper, eight (8) Lithium Batteries, one (1) Chemlight Box, two (2) Ratheon Thermal Sight, three (3) Hook, sling type, one (1) M42 Mask Carrier, three (3) 9mm Magazines, one (1) Mask filter, two (2) TA1 Handsets, one (1) Binoculars, of some amount, property of the 3-187th Infantry Regiment, Fort Campbell, KY, a U.S. Agency.

In violation of Title 18, United States Code, Section 371.

DAVID J. HALE
United States Attorney

BY:
DAVID R. TRAINOR
Special Assistant U.S. Attorney

KYLE B. BAKER

## PENALTIES

### COUNT 1

18 U.S.C. 641

MINIMUM:

MAXIMUM: Fine of $100,000 and or 1 year confinement

SPECIAL ASSESSMENT FEE: $25

### COUNT 2

18 U.S.C. 371

MINIMUM:

MAXIMUM: Fine of $100,000 and or 1 year confinement

SPECIAL ASSESSMENT FEE: $25