

# Case Assignment
# Standard MagistrateAssignment

Case number **5:11MJ-156**

NOTE: Judge determined by charging documentation.

Assigned on 06/02/2011

Return